UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
LISA CANTWELL, on behalf of herself and all others similarly situated,

                                    Plaintiff,

-v.-
A & M ROSENTHAL ENTERPRISES, INC.,

                                    Defendants.
------------------------------------------------------------------X

Civil Action No:
1:25-cv-2446

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 26, 2025

| For Plaintiff Lisa Cantwell | For Defendant A & M Rosenthal Enterprises, Inc., |
|---|---|
| s/Rami Salim<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | s/David Stein<br>David Stein<br>Stein & Nieporent LLP<br>1441 Broadway Suite 6090<br>New York, NY 10018<br>Ph: (212) 308 - 3444<br>Dstein@steinllp.com |

So Ordered.

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 9/30/25

1